General Complaint



**FILED**

MAY 1 2 2023

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

David LaFond SR

Case Number: 4:23 cv 434 ALM/CAN

List the full name of each plaintiff in this action.

VS. Denton County, Throckmorton County, D.O.J., Marie Johnson (Messier Law firm) Denton Sheriffs, Throckmorton County Corinth Municipal PD., USBP. James Wigginton, Byron Carey (Tmorton) Clerks Kim Hollar, Jennifer Allen badge 658, Christopher Bill #466, Rider 543 Graham Guttbaum, Josh Gunderson 570; James Crow 483, Mike Lewis 615, Sam Kading 562 Jesus Gonzales 288, James Alford 592, James O'Neill 674; Scot Campbell (city manager)

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

   1.   Employ Counsel
   2.   Court - Appointed Counsel
   3.   Lawyer Referral Service of the State Bar of Texas,
        P. O. Box 12487, Austin, Texas 78711.

B.   List the name(s) and address(es) of the attorney(s):

Unknown: Corinth website is perfect example of corrupt ways
Tim Powers (Habeas Corpus) Marie Johnson (obstruction of Justice) Conspiroe
Mike Sparby (Lead Investigator Denton County, Denton jail Supervisor
Jose Solis Edinburgh Tx                                    Capn Mike Tutt

C. Results of the conference with counsel: _They make my phone inoperable 30th phone in year 26th Email Stolen. TCOLE's David New 3/4/22_
*Denton DA Had Tx Ranger Dewayne Dockery Destroyed new phone while on call with him

II. List previous lawsuits: 4/11/22 Threatened me

  A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  _____Yes   ✓ No

  B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

    1. Approximate file date of lawsuit: _____

    2. Parties to previous lawsuit(s):

       Plaintiff _____

       Defendant _____

  Attach a separate piece of paper for additional plaintiffs or defendants.

    3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

       _____

    4. Docket number in other court. _____

    5. Name of judge to whom the case was assigned.
       _____

    6. Disposition: Was the case dismissed, appealed or still pending?

       _____

    7. Approximate date of disposition. _____

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

Pla #1 David LaFond Sr.
1500 Turberville Rd #109e Hickory Creek Tx 75065

Pla #2 _____

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Christopher Larkins USBP (Laredo) North checkpoint 28 miles North of Border / South of Cotulla

Dft #2: James Wiggington; Throckmorton Sheriffs + K-9 Handler; Chief of Police

Dft #3 Sergeant Sam Kading #562 Corinth Municipal Pd.
Scot Campbell (City Manager)
Kim Hollar (clerk)

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

① USBP - Christopher Larkins (Laredo) Seized car, Held 3 days with No call, Lawyer, or Judge. Extortion & Blackmailed False imprisonment

② Throckmorton Sheriffs Department Chief Wiggington Without any probable Cause or Consent Conducted Dog sniff of car and tentsite. Then After False Imprisonment And illegal Search; Locked myself out of Vehicle for Entire Night in Snow Storm; After denying me my coat

③ Corinth Police dept. Twice falsely Arrested me in one weeks span. Plethora of Constitutional Law Violations, ongoing Cyber Crimes and discriminatory Harassments. Wrongly Arrested my Former wife and Maliciously prosecuted her. ✱ I Am seeking $100,000.00 For Carrie Kuehner and Expungement of Her Record totally as seperated item as She is dealing with Stage 4 Cancer AND I also Request Court admissible Polygraph tests for All who testify Following myself being First to take Test!

Verification:
✱ I David LoFind Swear under penalties of perjury and Before Honorable Court and Almighty GOD; that All My Claims are Solid Facts and this is Verification!

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

(1) $100,000.00 for Ex-wife Carrie Kuehner and total Expungement her Record!

(2) 5,000,000.00 Dollars For myself but this is A Racketeering (RICO Act Claim) treble damages in addition with willful perjury & Conspiracy is Additional exemplary Damages. I will accept A Decent seized motor Home From USBP as Full compensation for their part in this Atrocious corrupt Actions Against myself

Signed this 12th day of May 2023, 20 23.

(Month) (Year)

David LaFond
1500 Turbeville Rd #109E
Hickory Creek Tx 75065

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

※ And I Request Counsel Appointed as well Court Admissible polygraph tests For All whom Testify. Dear God give True Justice

Executed on: 5/12/23
Date

David LaFond
1500 Turbeville Hickory Creek
David LaFond                  Tx 75056
Signature of each plaintiff

David LaFond sr.

Cont'd Corinth Defendants List  ※All Acting under color of
Honorable Judges:                 Law Title 18 Sect. 242
※Note: Your Honorable Judges, I don't wish to make
a waste of your Valuable Time and would gladly
File a Motion of Summary Judgement and I
Have documentations of Proof of Corruptions by
the Corinth Police department as well they called
My Friend, whom will testify as he was Also called
to My home on this Awful Day. They violated All
Rules and Laws risking himself while 18 police were
At Scene and He is gonna be the x-factor in this
Matter. I request he be made whole and $50,000.00
be included to pay him as he has been Also A
Victim by these Corrupt officers.

Also whatever I Receive for Myself I
wish to Take 10% off the top and it be donated
to St. Judes Cancer Research Hospital and be
In your Name or Else Anonymously donated.

Thank you Sincerely I truly Respect your
title and committment to justice.

God Bless you & your Family
David LaFone

<u>Defendants listed</u>

Corinth City Manager - Scot Campbell (coercion)

Corinth Clerk for Police Kimberly Hollar (Obstruction & Tampering)

Denton County Sheriffs Captain Mike Tutt (Deliberate indifference)

Denton County

Denton County Jail

Throck Morton County

Throckmorton Sheriffs department

United States Border Patrol (Laredo division)

Chris Larkins of Laredo Border Patrol (8th Amendment As well False Arrest)

James Wiggington Chief of Throckmorton Sheriffs Department

Byron Gray deputy of Throckmorton Sheriffs ~~False Arrest~~

False Imprisonment

Marie Johnson City attorney for Corinth city (obstruction)

Tim Powers (Habeas Corpus) Ineffective counsel in matter of Carrie Kuehners wrongful Arrest/Prosecution

Jason Niehaus (Habeas Corpus) My Court appointed Attorney Didn't show up At trial and conspiracy against my Rights as well from Subpoenaed forensics He Left (omitted) pertinent stored Communications Act Info

Kim Hollar (Concealment by Trick)(Conspiracy)(obstruction) (Tampering with Evidence)

All Acting under Color of Law Title 18 section 242
AND Conspiracy Title 18 Sect. 241 &
Willful Perjury Additional Damages

Corinth, TX Defendants List — All Acting under Color of Law

Title 18 Sect. 242
Plus deliberate Indifference
discriminatory harassment
Collusion, Conspiracy
Patterns of Practices
Title 28 Sect 14141

Under False Imprisonment

All Rico Elements
All Are met
Materialism
Racketeering
Using Badge As cover

Patterns of Practice I have Several Proofs of Corruptions. Falsification of documents; Perjury; Abuse of Powers; Non Reporting of Events After detainments of Unreasonable Time periods. I Have been 23 times stopped Harassed all with License taken and checked.

Dearest Honorable Judge, I have given each Demand Letters as well Alotted Time periods and Asked to Settle Via ADR. but To No Avail!

Your Honor this needs to be addressed and I will Not pursue media notification as I am Not Anti-cop Nor Anti-Government. will settle but Not Less than Fair As My Now Ex-wife Listed me As sole Benifactor on her estate. My 20 years business Lost per this brouhaha And Lost My Home and Soulmate of my Life!

# Corinth Defendants List and Badge #'s

1) Sam Kading #562 (Deliberate Indifference, 8th Amendment) (Retaliation Section 242 of Title 18)

2) Mike Lewis #615 (Conspiracy against Rights)(Perjury) (Omission)

3) James Crow #483 (Conspiracy, Falsifying documents, willful Perjury)

4) Jennifer Allen #659 (4th Amendment, 8th Amendment, 14th) (Conspiracy, False Imprisonment) (Color of Law Violations)

5) Josh Gunderson #570 (Falsification of documents, perjury)(False Imprisonment, Color of Law Violations)

6) Chris Tepfer #466 (False imprisonment, Color of Law Violations) (destruction of property) (Conspiracy)

7) Jesus Gonzales #288 (False Arrest, Illegal Surveillance) (Perjury, Conspiracy)

8) Graham Quattlebaum #609 (False Imprisonment, Conspiracy, Color of Law)

9) Arthur Rider #543 (Conspiracy, False Imprisonment, Color of Law Violations)

Defendants Cont'd

Department of Justice, Several Acts of Breached Duties as I Have Filed Numerous Complaints and only thing done was made my Phones be either Sim Locked, or Inoperable or destroyed while in midst of Calls with Law Enforcement.

Breach of Duty is in their Own Paperwork CFR 28 § 42.401. which States No Individual will be Coerced, threatened, Retaliated or coerced From filing a Complaint.