# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID LAFOND, SR. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00434- |
| | § | ALM-AGD |
| DENTON COUNTY, et al. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting Report and Recommendation of United States Magistrate Judge, which recommends that Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b), the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

 **SIGNED** this 19th day of September, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE